IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| LOYE A. BLAKE, JR.<br><br>   Plaintiff,<br><br> vs.<br><br>ROBERT HARRISON, as operator of the Motor Vessel CHUCKIE D;  BELLAIRE HARBOR SERVICE, LLC, as owner or owner pro hac vice of the Motor Vessel CHUCKIE D, and a flat-deck barge,<br><br>   Defendants. | Civil Action No. 09-cv-00537<br><br>Electronically Filed |

## STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41

  AND NOW come the parties, by and through their respective undersigned counsel, and hereby stipulate and agree to the dismissal of this action pursuant to Rule 41 of the Rules of Civil Procedure, and to the dismissal of all claims filed herein, with prejudice.

Respectfully submitted,

| | |
|---|---|
| s/Stephen P. Moschetta | s/Leonard Fornella |
|  Stephen P. Moschetta, Esq. |  Leonard Fornella, Esq. |
| THE MOSCHETTA LAW FIRM, P.C. | BABST, CALLAND, CLEMENTS |
| Court Square Building |  & ZOMNIR |
| 28 W. Cherry Avenue | Two Gateway Center |
| Washington, PA 15301 | Pittsburgh, PA  15222 |
| (724) 225-3060 Tel. | (412) 394-6533 Tel. |
| (724) 225-7311 Fax | (412) 394-6576 Fax |
|   -and- |  - and - |
| D. Andrew List, Esq. (OH#0052734) | Lawrence D. Walker, Esq. (OH#0012036) |
| CLARK, PERDUE & LIST CO, LPA | Benjamin J Parsons, Esq. (OH#0076813) |
| 471 East Broad Street, Suite 1550 | TAFT STETTINIUS & HOLLISTER |
| Columbus, OH  43215 | 21 E State Street, 12th Floor |
| (614) 469-1925 phone | Columbus, OH 43215-4221 |
| (614) 469-1117 fax | (614) 220-0212 Tel. |
| ***Counsel for Plaintiff*** | (614) 221-2007 Fax |
| | ***Counsel for Defendants*** |